# No. 21-1792

# United State Court of Appeals for the Third Circuit

IN RE: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,

*Debtors.*

CENTURY INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY, AND WESTCHESTER SURPLUS LINES INSURANCE COMPANY

*Appellants,*

-v.-

BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,

*Appellees.*

ON APPEAL FROM THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE NO. 20-CV-00774 (THE HON. RICHARD G. ANDREWS)

## THIRTEENTH JOINT STATUS REPORT

O'MELVENY & MYERS LLP
Tancred Schiavoni
7 Times Square
New York, New York 10036
(212) 326-2000
*Counsel for Appellants Century Indemnity Company as successor to CCI, Insurance Company, as successor to Insurance Company of North America, and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*

WHITE & CASE LLP
Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
(212) 819-8200
Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
111 South Wacker Drive
Chicago, Illinois 60606
(312) 881-5400

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott
Andrew R. Remming
Paige N. Topper
Tori L. Remington
1201 N. Market Street, 16th Floor P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

*Counsel for Appellees Boy Scouts of America and Delaware BSA, LLC*

Pursuant to this Court's January 3, 2022 Order [D.I. 35] (the "Order"), Appellants Century Indemnity Company, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company ("Century") and Appellees Boy Scouts of America and Delaware BSA, LLC (the "Debtors" and, together with Century, the "Parties") hereby submit this thirteenth joint status report in the above-captioned appeal (the "Appeal"), and in support state the following:

1. On December 20, 2021, the Parties filed the *Joint Motion for Stay* [D.I. 29], requesting a stay of this Appeal pending the entry of a final order by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") confirming the Debtors' plan of reorganization (the "Plan") and approving the Parties' settlement related to the issues presented in this Appeal.

2. Thereafter, this Court issued the Order staying the Appeal and directed the Parties to "file written reports addressing the status of the pending Bankruptcy Court proceedings on February 14, 2022, and every thirty (30) days thereafter." D.I. 35. In accordance with the Order, the Debtors have filed joint status reports approximately every thirty days in the Appeal. *See* D.I. 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 and 50.

3. On September 8, 2022, the Bankruptcy Court entered the *Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical*

*Modifications) for Boy Scouts of America and Delaware BSA, LLC* [Bankr. D.I. 10316] (the "Confirmation Order"). On September 12, 2022, the Bankruptcy Court also entered the *Order Releasing Pre-Petition Century/Chubb Claims Pursuant to Century and Chubb Companies Insurance Settlement Agreement* [Bankr. D.I. 10327].

4. The Order states that the appeal is stayed pending entry of a Confirmation Order that is a "Final Order." *See* D.I. 35. The Confirmation Order is not a "Final Order" as contemplated by the Confirmation Order and the Plan. As a result of the Bankruptcy Court's entry of the Confirmation Order, the Plan has been confirmed, but has not yet gone effective. There are currently seventeen[1] appeals of the Confirmation Order, which have been consolidated and are pending before the United States District Court for the District of Delaware (the "District Court").[2] The Debtors are required to obtain affirmation of the Confirmation Order

---

[1] On January 3, 2023, the District Court dismissed without prejudice the appeal commenced by a *pro se* claimant for failure to comply with the District Court's order directing the appellant to pay a filing fee owed or file an application to proceed without prepayment of fees and affidavit. *See* Case No. 22-01121 [D.I. 41].

[2] *See* Case No. 22-01237; Case No. 22-01238; Case No. 22-01239; Case No. 22-01240; Case No. 22-01241; Case No. 22-01242; Case No. 22-01249; Case No. 22-01243; Case No. 22-01244; Case No. 22-01245; Case No. 22-01246; Case No. 22-01247; Case No. 22-01250; Case No. 22-01251; Case No. 22-01252; Case No. 22-01258; Case No. 22-01263.

from the District Court on appeal prior to the occurrence of the Effective Date of the Plan unless the required parties waive this requirement under the Plan.

5. Oral Argument in the appeals of the Confirmation Order took place on February 9, 2023 and February 10, 2023. *See* Case No. 22-01237 [D.I. 121]. To date, the District Court has not issued its ruling with respect to the Confirmation Order.

6. The Parties will submit a further status report on or before the next deadline, as necessary. Counsel is available at the convenience of the Court to answer any questions.

*[Remainder of Page Intentionally Left Blank]*

Dated: February 13, 2023

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (No. 4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware, 19801
(302) 999-1540

Tancred Schiavoni
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

Jonathan D. Hacker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300

*Attorneys for Appellants Century Indemnity Company, as successor to CCI, Insurance Company, as successor to Insurance Company of North America, and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*

Respectfully Submitted,

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Tori L. Remington (No. 6901)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
         aremming@morrisnichols.com
         ptopper@morrisnichols.com
         tremington@morrisnichols.com

-and-

Jessica C. Lauria
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

Michael C. Andolina
Matthew E. Linder
Laura E. Baccash
Blair M. Warner
111 South Wacker Drive, Ste. 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
         mlinder@whitecase.com
         laura.baccash@whitecase.com
         blair.warner@whitecase.com

*Attorneys for Appellees Boy Scouts of America and Delaware BSA, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 13, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Third Circuit via CM/ECF. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished via CM/ECF.

February 13, 2023

/s/ *Derek C. Abbott*
Derek C. Abbott